UNITED STATES DISTRICT COURT
EASTERN DISTRICT

| | |
|---|---|
| **MARY ALLEN** | **CIVIL ACTION** |
| **VS.** | **NO. 2:16-cv-7182** |
| **ORLEANS PARISH SCHOOL BOARD** | **MAGISTRATE**_____ |
| | **SECTION:**_____ |

## COMPLAINT FOR BREACH OF CONTRACT

**NOW INTO COURT**, through undersigned comes Mary Allen, a person of majority, domiciled in Bryan-College Station, County of Brazos, State of Texas who respectfully represents:

1.

The jurisdiction of this court is proper under 28 USCA §1332 (a)(1); in that the amount in controversy in this matter exceeds $75,000, and the defendant is a citizen of the state of Louisiana, satisfying the requirement of diversity of citizenship between the parties.

2.

The ORLEANS PARISH SCHOOL BOARD, a political subdivision of the State of Louisiana is domiciled in the Parish of Orleans at 3520 General DeGaulle Drive, New Orleans, Louisiana 70114.

3.

On or about January 28, 2002, plaintiff was attending a parent-teacher conference on the premises of Live Oaks Middle School, owned at the time by the Orleans Parish School Board and now closed.

4.

While on the premises, Mary Allen fell off a certain set of steps that were chipped and covered in slippery, green mold, and she sustained severe injuries as a result of that fall.

5.

Within the delays allowed by law, Mary Allen filed suit in Civil District Court of Orleans Parish, State of Louisiana.

6.

In June 2006, the parties to the lawsuit reached a settlement agreement whereby Orleans Parish School Board would pay to Mary Allen the sum of ONE HUNDRED TWENTY-FIVE THOUSAND DOLLARS AND NO CENTS ($125,000.00) in consideration for a full release and compromise of all claims against it by Ms. Allen.

7.

In addition, the plaintiff agreed to have her settlement placed on the Orleans Parish School Board's current "Resolved Claims list" and to "be paid in accordance with Orleans Parish School Board Regulations 3511.5.R."

8.

Sometime after the settlement was reached, defendant requested that the plaintiff agree to a 15% reduction of the agreed upon settlement in order to expedite payment to her, which she did.

9.

Plaintiff through undersigned counsel has attempted to obtain the payment of her settlement and/or to, at the least, be brought up to date on the status of her claim with respect to current "Resolved Claims list" to be paid, but to no avail.

10.

The defendant has breached its agreement with plaintiff to settle her claim for damages; has breached its agreement to pay her $125,000 in consideration for the dismissal of all claims against it.

WHEREFORE, Mary Allen asks this Honorable Court to serve the Orleans Parish School Board and to find after due proceedings are had, that it has breached its agreement with Mary Allen and is indebted to her for the original agreed upon amount of $125,000 plus interest from date the original agreement was reached until the date this judgment is paid, plus all costs of this proceeding.

RESPECTFULLY SUBMITTED:

/s/ J. Christopher Erny
J. CHRISTOPHER ERNY (23059)
302 School Street
Houma, LA 70360
Telephone: (985) 223-3211
Fax: (985) 873-9534
Email: jce@jce-law.com

PLEASE SERVE:

ORLEANS PARISH SCHOOL BOARD
3520 GENERAL DEGAULLE DRIVE
NEW ORLEANS, LA 70114